**Petition for Writ of Mandamus Denied and Memorandum Opinion filed February 11, 2020.**



**In The**

# Fourteenth Court of Appeals

### NO. 14-20-00127-CV

## IN RE CHRISTOPHER WOLMAN, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**245th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-85958**

## MEMORANDUM OPINION

On February 6, 2020, relator Christopher Wolman filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator complains of the February 4, 2020 order, orally rendered by the Honorable Tristian Longino, presiding judge of the 245th District Court of Harris County, denying relator's request for a jury trial. .

Relator has not established that he is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus. We also deny relator's emergency motion for stay.

PER CURIAM

Panel consists of Justices Bourliot, Hassan, and Poissant.